```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 20288
    KIRSTEN A TAYLOR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7714

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/31/2007 and was confirmed 05/14/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 09/10/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
 KAY JEWELERS             SECURED NOT I      140.62            .00            .00
 CITI RESIDENTIAL LENDING CURRENT MORTG       .00              .00            .00
 CITI RESIDENTIAL LENDING MORTGAGE ARRE      4307.96           .00          4307.96
 CAPITAL ONE              UNSECURED           702.98           .00            .00
 CREDIT PROTECTION ASSOC  UNSECURED         NOT FILED          .00            .00
 FIFTH THIRD BANK         UNSECURED         NOT FILED          .00            .00
 PREMIER BANKCARD         UNSECURED           135.19           .00            .00
 HSBC NV                  UNSECURED         NOT FILED          .00            .00
 HSBC NV                  UNSECURED         NOT FILED          .00            .00
 JEFFERSON CAPITAL SYSTEM UNSECURED         15106.07           .00            .00
 PEOPLES GAS LIGHT & COKE UNSECURED         NOT FILED          .00            .00
 WORLD FINANCIAL NETWORK  UNSECURED         NOT FILED          .00            .00
 DEBORAH K EBNER          DEBTOR ATTY       1,500.00                        1,500.00
 TOM VAUGHN               TRUSTEE                                             505.04
 DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                6,313.00

 PRIORITY                                         .00
 SECURED                                      4,307.96
 UNSECURED                                        .00
 ADMINISTRATIVE                               1,500.00
 TRUSTEE COMPENSATION                           505.04
 DEBTOR REFUND                                    .00
                        ---------------     ---------------
 TOTALS                 6,313.00              6,313.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20288 KIRSTEN A TAYLOR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 20288 KIRSTEN A TAYLOR